IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FRANK MORRIS HOWELL                                                         PLAINTIFF

v.                           No. 4:13-cv-673-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                                DEFENDANT

ORDER

Unopposed recommendation, № 11, adopted as supplemented. FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition). Though parts of the vocational expert's testimony could not be transcribed, the inaudible portions do not necessitate a remand because the expert's overall opinions came through.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 September 2014