IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FRANK MORRIS HOWELL                                                PLAINTIFF

v.                          No. 4:13-cv-673-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                       DEFENDANT

JUDGMENT

The Court affirms the Commissioner's decision and dismisses Howell's complaint with prejudice.

*D.P. Marshall Jr.*
United States District Judge

30 September 2014